IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CARLOS CAREY,                           )
                                        )
            Plaintiff,                  )
                                        )
v.                                      )   CASE NO. 2:16-CV-599-WKW
                                        )              [WO]
WARDEN RICHIE, *et al.*,                )
                                        )
            Defendants.                 )

## **ORDER**

On August 15, 2016, the Magistrate Judge filed a Recommendation to which no timely objections have been filed.  (Doc. # 15.)  Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED.  Accordingly, it is ORDERED that Plaintiff's motion for preliminary injunction (Doc. # 1, at 3) is DENIED and that this case is referred back to the Magistrate Judge for additional proceedings.

DONE this 14th day of September, 2016.

                        /s/ W. Keith Watkins
                CHIEF UNITED STATES DISTRICT JUDGE